UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Dennis A. Smith

    v.                                         No. 07-fp-119

N.H. Department of Corrections,
Commissioner, et al.


ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 07-cv-119-SM.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge


Date:  April 27, 2007

cc:    Dennis A. Smith, pro se