UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Dennis A. Smith</u>

    v.                                                    No. 07-fp-119

<u>N.H. Department of Corrections,
Commissioner, et al.</u>

**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**

Plaintiff's request to proceed <u>in forma pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 07-cv-119-SM.

**SO ORDERED.**

                                                      _/s/ James R. Muirhead_
                                                      James R. Muirhead
                                                      United States Magistrate Judge

Date:  April 27, 2007

cc:    Dennis A. Smith, pro se