**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Dennis A. Smith

     v.                              Civil No. 07-CV-119-SM

NH Department of Corrections, et al.

**O R D E R**

The Clerk is directed to serve a copy of plaintiff's Motion
for Temporary Restraining Order, Preliminary Injunction and
Permanent Injunction (Document No. 3), on defense counsel.
Defendants are to serve their response within ten (10) business
days at which point the court will determine if a hearing is
necessary.

    **SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: August 24, 2007

cc:  Dennis A. Smith, pro se