UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Dennis A. Smith</u>

        v.                Civil No. 07-cv-119-SM

<u>Commissioner, NewHampshire Department
of Corrections, et al</u>

<u>O R D E R</u>

After due consideration of the objection, response and amendment to the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 13, 2007. Plaintiff's Motion for a Temporary Restraining Order, Preliminary and Permanent Injunction (document no. 3) is denied.

SO ORDERED.

October 17, 2007

                                                 Steven J. McAuliffe
                                                 Chief Judge

cc:    Dennis A. Smith, pro se
        Danielle Pacik, Esq.