UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Dennis A. Smith

          v.                              Civil No. 07-cv-119-SM

Commissioner, NH Department of Corrections, et al


O R D E R


After due consideration of the objection filed, I herewith approve the Report

and Recommendation of Magistrate Judge Muirhead dated November 27, 2007.  All

claims except the Fourteenth Amendment due process claims against defendants

Wrenn, Vinson and Cattell are dismissed.

     SO ORDERED.


December 28, 2007                    _____
                                     Steven J. McAuliffe
                                     Chief Judge


cc:   Dennis A. Smith, pro se
      Danielle Pacik, Esq.