```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Dennis A. Smith

    v.                             Civil No. 07-cv-119-SM

NH Department of Corrections,
Commissioner, et al.


### ORDER

    Re:  Document No. 77, <u>Motion for Hearing</u>.

    Ruling: Denied.  A hearing is unnecessary.  The court can not provide resources of the government which have not been made available to it by Congress, nor can it compel defendant to provide those resources.  Congress has sought to discourage prisoner cases by making them difficult.  This court is powerless to do anything about it with the exception of providing more time to plaintiff if he moves for it.  Otherwise, plaintiff is on his own in lining up an expert.

                                              /s/ James R. Muirhead
                                              James R. Muirhead
                                              U.S. Magistrate Judge

Date:  May 2, 2008

cc:  Dennis A. Smith, pro se
     Danielle Leah Pacik, Esq.